United States Bankruptcy Court
Southern District of Florida

Welt,
    Plaintiff

Adv. Proc. No. 14-01111-RBR

Albert L. Masters, C.P.A., P.A.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 113C-0     User: groomsd     Page 1 of 1     Date Rcvd: Mar 06, 2014
                         Form ID: pdf004    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Mar 06 2014 23:59:47      Office of the US Trustee,
           51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
                                                                                                                                                                   TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2014                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2014 at the address(es) listed below:
           Michael L Schuster    on behalf of Plaintiff Kenneth A. Welt mschuster@gjb-law.com,
            gjbecf@gjb-law.com
                                                                                                                                         TOTAL: 1



**ORDERED in the Southern District of Florida on March 5, 2014.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | |
| ROSCOE, LLC and | Case No.: 12-15391-RBR |
| BIMA II, LLC | Case No.: 12-15393-RBR |
| | |
| | Chapter 7 |
| Debtors. | Jointly Administered Under |
| _____ / | Case No. 12-15391-RBR |
| KENNETH A. WELT, | |
| CHAPTER 7 TRUSTEE, | |
| Plaintiff, | |
| v. | |
| ALBERT L. MASTERS, C.P.A., P.A. | Adv. Pro. No. 14-1111-BKC-RBR |
| Defendant. | |
| _____/ | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED EX-PARTE MOTION TO CONTINUE PRETRIAL CONFERENCE AND EXTEND ALL PRETRIAL DEADLINES**

THIS MATTER came before the Court without a hearing upon the Plaintiff's Unopposed Ex-Parte Motion to Continue Pretrial Conference and Extend all Pretrial Deadlines

(the "Motion") [ECF No. 6]. The Court, having reviewed the Motion and the record in this case, having found that good and sufficient cause exists in support of the relief requested in the Motion, and upon the agreement of the parties, it is

ORDERED as follows:

1. The Motion is GRANTED.

2. The Pretrial Conference in this matter is continued to <u>June 10, 2014 at 9:30 a.m.</u> at the United States Bankruptcy Court, 299 East Broward Boulevard, Courtroom 308, Fort Lauderdale, Florida 33301.

3. This Court's *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 2] shall remain in full force and effect, and all deadlines set in such Order shall be reset and recalculated based on the continued pretrial conference.

###

Submitted by:
Michael L. Schuster, Esq.
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel: (305) 349-2300
Fax: (305) 349-2310
Email: MSchuster@gjb-law.com
(Attorney Schuster shall serve a copy of this Motion on the Defendant and file a certificate of service)