UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

| | |
|---|---|
| ROSCOE, LLC and | Case No.: 12-15391-RBR |
| BIMA II, LLC | Case No.: 12-15393-RBR |

Chapter 7
Jointly Administered Under
Case No. 12-15391-RBR

Debtors.
_____/

KENNETH A. WELT,
CHAPTER 7 TRUSTEE,

    Plaintiff,
v.

ALBERT L. MASTERS, C.P.A., P.A.    Adv. Pro. No. 14-1111-BKC-RBR

    Defendant.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Granting Plaintiff's Agreed Ex-Parte Motion To Continue Pretrial Conference and Extend All Pretrial Deadlines* [ECF No. 7] was served via first-class postage-prepaid U.S. Mail to the parties on the attached Service List on this 10th day of March, 2014.

- 2 -

Dated on this 10th day of March, 2014.

                                                                                                  GENOVESE JOBLOVE & BATTISTA, P.A.
*Counsel for Plaintiff*
Miami Tower, 44th Floor
100 S.E. Second Street
Miami, Florida 33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310

By: /s/ Michael L. Schuster
    Michael L. Schuster, Esq.
    Florida Bar No. 57119
    Email: mschuster@gjb-law.com

## SERVICE LIST

Albert L. Masters, C.P.A., P.A.
Attn: Albert L. Masters
President and Registered Agent
1881 University Drive, Suite 100
Coral Springs, FL 33071